# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128319 & (13)(14)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PHILLIP E. JONES,
     Defendant-Appellant.

SC: 128319
COA: 261181
Wayne CC: 80-032542

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 17, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for bond and the motion to remand are also considered, and they are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024